IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 28 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06 - CV - 00565-BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

TONY GURULE #54961,

    Plaintiff,

v.

GREG JOHANSEN,
NEW GENISIS SHELTER,
COLORADO DIVISION OF PAROLE AND COMMUNITY CORRECTIONS,
JEANENE MILLER,
SUSAN J. WHITE,
STEVE CRIGLER,
CONNIE VAUGHN,
CITIY [sic] AND COUNTY OF DENVER,
MAYOR JOHN HICKENLOPER [sic],
DENVER CITY AND COUNTY JAIL,
UNDER SHERIFF LOVINGER,
MAJOR WILSON,
CHIEF FOOS,
CAPTAIN BLAIR,
DEPUTY BRAUMFAULK,
DEPUTY R. LINE,
CITY JAIL DEPUTY TRJUILLO,
LAW LIBRARY DEPUTY LOPEZ,
DR. CRUM,
DR. HIRSH,
DR. O'BRIEN AND COMPLETE MEDICAL STAFF JOHN DOE & JANE DOE 1-100,
COLORADO STATE DEPARTMENT OF DISTRICT ATTORNEYS OFFICE,
MITCH MORRISEY,
VICTORIA SHARP,
JOHN DOE & JANE DOE 1-50,
GOVERNOR BILL OWENS,
COLORADO BOARD OF PAROLE ALLEN F. STANELEY,
CURTIS W. DEVIN,
DEBORAH C. ALLEN,
MATHEW J. RHODES,
JOHN B. ROSEN,

VERNC R. SAINT-VINCENT,
LESLIE V. WAGGENER, and
ALL STATE AND CITY AND COUNTY SHERIFF [sic] DEPARTMENT OFFICERS AND
  STAFF INVOLVED IN THIS ACTION IN THEIR INDIVIDUAL AND OFFICIAL
  CAPACITIES THAT ARE NOT CURRENTLY KNOWN BY NAMES BUT WILL
  BE DETAILED AT A LATER DATE,

Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915. The court has determined that the document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint, Petition or Application:**
(10) _X_ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner

2

(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 24th day of March, 2006.

BY THE COURT:

_Boyd N. Boland_
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06 - CV - 00565 - BNB

Tony Gurule
Prisoner No. 54961
Denver County Jail
P.O. Box 1108
Denver, CO 80201

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 3-28-06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk